IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS O'CONNELL,<br><br>Defendant. | Cause No. CR 20-70-GF-BMM<br><br><br>ORDER |

Defendant Thomas O'Connell ("O'Connell") moved for an extension of time to self-report. (Doc. 54.) The Court granted O'Connell an extension of time to self-report twice previously. (Docs. 49, 53.) O'Connell is currently scheduled to self-report on January 19, 2022. (Doc. 53.) O'Connell has presented medical records from his provider regarding his needed surgery and rehabilitation. (Doc. 54-1.) The Court has reviewed the materials and deems it appropriate to provide O'Connell with an additional accommodation for this medical treatment. The Court will grant O'Connell's request for additional time to self-report. The Court will not consider further extensions.

Accordingly, **IT IS ORDERED** that:

1. O'Connell's Motion for Extension of Time to Self-Report, (Doc. 54), is

1

**GRANTED**. O'Connell shall self-report on May 1, 2022.

DATED this 10th day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court